Dismissed and Opinion filed August 21, 2003









Dismissed and Opinion filed August 21, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00872-CR

____________

 

RAUL FLORES, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 337th District Court

Harris County, Texas

Trial Court Cause No. 894,637

 



 

M
E M O R A N D U M   O P I N I O N

After a guilty plea, appellant was convicted of the offense
of possession with intent to deliver a controlled substance and was sentenced
on February 7, 2003, to 60 years= imprisonment in the Texas Department
of Criminal Justice, Institutional Division. 
Appellant=s notice of appeal was not filed until July 31, 2003.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of
appeal which complies with the requirements of Rule 26 is essential to vest the
court of appeals with jurisdiction.  Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed August 21, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler.

Do Not Publish C Tex. R.
App. P. 47.2(b).